IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,

    Petitioner,

  v.

STATE OF CALIFORNIA,

    Respondent.
                         /

No. C 09-00084 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2009, mail directed to Petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable. To date, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and

1  (2) the court fails to receive within sixty days of this return a
2  written communication from the pro se party indicating a current
3  address.  See L.R. 3-11(b).
4      More than sixty days have passed since the mail directed to
5  Petitioner by the Court was returned as undeliverable.  The Court
6  has not received a notice from Petitioner of a new address.
7  Accordingly, the petition is DISMISSED without prejudice pursuant
8  to Rule 3-11 of the Northern District Local Rules.  The Clerk of
9  the Court shall enter judgment in accordance with this Order,
10 terminate all pending motions, and close the file.
11     IT IS SO ORDERED.
12 Dated: September 23, 2009

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JIMMY LEE DAVIS, | Case Number: CV09-00084 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| STATE OF CALIFORNIA et al, |  |
| Defendant. / |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Lee Davis
#2345710
San Francisco County Jail
P.O. Box 67
San Bruno, CA 94066

Dated: September 23, 2009

Richard W. Wieking, Clerk
By: Clara Pierce, Deputy Clerk